# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-2927
LT Case No. 16-2022-CF-007801-A

_____

JOSE MANUEL PINTO FLOREZ,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Duval County.
Lindsay L. Tygart, Judge.

Matthew J. Metz, Public Defender, and Gregg R. Brennan,
Assistant Public Defender, Daytona Beach, for Appellant.

James Uthmeier, Attorney General, and Amanda A. Uwaibi,
Assistant Attorney General, Tallahassee, for Appellee.

August 6, 2026

PER CURIAM.

    AFFIRMED.

BOATWRIGHT, KILBANE, and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____